[No. 12883-7-II. Division Two. October 22, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ANNE BONNIE HAMPTON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 87-1-00360-2, James D. Roper, J., entered April 17, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.

[No. 13301-6-II. Division Two. October 22, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL CHARLES WARNER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 89-1-00883-1, Thomas L. Lodge, J., entered October 16, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.

[No. 13479-9-II. Division Two. October 22, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT D. SWINDLER, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 89-1-00083-6, William E. Howard, J., entered November 20, 1989. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.